UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRUIT ROYALE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXPORTADORA ACOGRAPES, LTDA. <br><br> Defendant. | Case No. 1:22-cv-01646-JLT-CDB <br><br> ORDER DENYING WITHOUT PREJUDICE MOTION FOR ISSUANCE OF LETTER ROGATORY <br><br> (Doc. 4) |

Before this Court is Plaintiff Fruit Royale, Inc.'s ("Plaintiff") motion requesting the Court issue a letter rogatory pursuant to 28 U.S.C. § 1781 and the method set forth by the Inter-American Convention on Letter's Rogatory and Additional Protocol ("IACAP"), Jan. 30, 1975, S. TREATY DOC. No. 27, 98th Cong. 2d Sess. (1984) to effectuate service on Defendant Exportadora Acograpes, Ltda. ("Defendant"). (Doc. 4).[1]

In its complaint, Plaintiff alleges that Defendant breached two agreements for the sale of grapes. *See generally* (Doc. 1). Defendant is a Chilean company growing and exporting grapes into

---

[1] The matter of issuance of the requested letter rogatory properly is before the undersigned U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a) & (b)(1)(4) because a motion for letter rogatory is not dispositive. *E.g.*, *Sayles v. Pac. Eng'rs & Constructors, Ltd.*, 2009 WL 791332, *2-3 (W.D.N.Y. Mar. 23, 2009).

1

the United States. *Id*. at ¶ 4. Plaintiff seeks permission to serve Defendant pursuant to the IACAP and two attached exhibits to Plaintiff's motion for issuance of letter rogatory. (Docs. 4, 4-1, 4-2).

Federal Rule of Civil Procedure 4(f)(1) permits service on a party in a foreign country pursuant to any "internationally agreed means of service." Both the United States and Chile are signatories of the IACAP. *Id*. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Inter-American-Service-Convention-Additional-Protocol.html (last visited February 14. 2023). The United States Department of State, Bureau of Consular Affairs summarizes the IACAP as follows:

> The Inter-American Convention on Letters Rogatory and Additional Protocol (IACAP) are a pair of international agreements designed to facilitate judicial assistance between countries. The United States interprets those agreements as limited to covering service of process and countries must be a party to both agreements in order for a treaty relationship to exist. Replacing the traditional letters rogatory process, the IACAP provides a mechanism for service of documents by a foreign central authority. The Department of Justice is the U.S. Central Authority under the IACAP. Requests from the United States are transmitted via a private contractor carrying out the service functions of the U.S. Central Authority on behalf of the Department of Justice.

*Id*. To perfect foreign service under the IACAP, the serving party must complete the official Forms (Forms A, B and C) set forth in the Additional Protocol and present them to the Clerk of Court for signature and seal. *See Office of Int'l Judicial Assistance, U.S. Dep't of Justice, Guidance on Service Abroad in U.S. Litigation* (last updated October 1, 2018).

Plaintiff has completed the requisite Forms, which are currently before the Court. (Docs. 4-1 and 4-2). However, pursuant to Article 3 of the Additional Protocol, IACAP, Plaintiff is required to serve the requested letter rogatory with a Spanish-language translation of the complaint. As Plaintiff's list of documents in Form A does not indicate whether the Complaint is translated, the Court will direct Plaintiff to refile its motion and attach as exhibits Spanish-language translations of the Complaint, Form A and Form B.

*Remainder of Page Intentionally Left Blank*

Accordingly, it is HEREBY ORDERED, Plaintiff's motion for issuance of letter rogatory is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **February 15, 2023**

UNITED STATES MAGISTRATE JUDGE