UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRUIT ROYALE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXPORTADORA ACOGRAPES, LTDA. <br><br> Defendant. | Case No. 1:22-cv-01646-JLT-CDB <br><br> ORDER GRANTING RENEWED MOTION FOR ISSUANCE OF LETTER ROGATORY <br><br> (Doc. 6) |

On February 9, 2023, Plaintiff Fruit Royale, Inc. ("Plaintiff") filed a motion requesting the Court issue a letter rogatory pursuant to 28 U.S.C. § 1781 and the method set forth by the Inter-American Convention on Letter's Rogatory and Additional Protocol ("IACAP"), Jan. 30, 1975, S. TREATY DOC. No. 27, 98th Cong. 2d Sess. (1984) to effectuate service on Defendant Exportadora Acograpes, Ltda. ("Defendant"). (Doc. 4).[1]

The Court issued an order denying without prejudice Plaintiff's motion for issuance of the requested letter rogatory on February 16, 2023. (Doc. 5). The Court found Plaintiff had completed the necessary forms (Form A and Form B) for service as set forth in the Additional Protocol. *Id*. at 2.

---

[1] The matter of issuance of the requested letter rogatory properly is before the undersigned U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a) & (b)(1)(4) because a motion for letter rogatory is not dispositive. *E.g.*, *Sayles v. Pac. Eng'rs & Constructors, Ltd.*, 2009 WL 791332, *2-3 (W.D.N.Y. Mar. 23, 2009).

1

However, Plaintiff did not indicate it possessed and intended to serve upon Defendant a Spanish-language translation of the complaint as required by Article 3 of the Additional Protocol. *Id*. The Court directed Plaintiff to refile its motion and attach as exhibits Spanish-language translations of the Complaint, Form A and Form B. *Id*.

Pending before the Court is Plaintiff's renewed motion requesting the Court issue a letter rogatory. (Doc. 6). Plaintiff has completed the requisite Forms, which the Court has received and reviewed. (Docs. 6-1, 6-2 and 6-3). Plaintiff has also complied with this Court's order and provided Spanish translations of the Complaint, Form A and Form B. (Docs. 6-1, 6-2 and 6-4).

Accordingly, in light of the representations made in Plaintiff's renewed motion and for good cause appearing, IT IS HEREBY ORDERED that Plaintiff's renewed motion for issuance of letter rogatory (Doc. 6) is GRANTED and that the Court shall execute Forms A and B to the Protocol as submitted by Plaintiff.

IT IS SO ORDERED.

Dated:   **March 2, 2023**                           _____
                                                                    UNITED STATES MAGISTRATE JUDGE

**EXHIBIT A**

ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY
FORM A
LETTER ROGATORY

| 1<br>REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br>The Honorable Christopher D. Baker<br>United States Magistrate Judge<br>United States District Court for the Eastern District of California<br>United States Courthouse<br>510 19th Street Street<br>Bakersfield, CA  93301 | 2<br>CASE<br>*Fruit Royale, Inc. v. Exportadora Acograpes, Ltda.*;<br>1:22-cv-01646-JLT-CDB<br>Docket No.: |
|---|---|
| 3<br>CENTRAL AUTHORITY OF THE STATE OF ORIGIN<br>United States Department of Justice's Office of International Judicial Assistance<br>SA-17, 10th Floor<br>2201 C Street, NW<br>Washington, DC 20522-1710 | 4<br>CENTRAL AUTHORITY OF THE STATE OF DESTINATION<br>Office of Direction of International Affairs and Human Rights within the Supreme Court of Chile<br>Morandé Street, number 344<br>4th Floor<br>Santiago, Chile |
| 5<br>REQUESTING PARTY<br>Fruit Royale, Inc.<br>31110 Schuster Road<br>Suite C<br>Delano, CA 93215 | 6<br>COUNSEL TO THE REQUESTING PARTY<br>Justin T. Campagne<br>Campagne & Campagne<br>Airport Office Center<br>1685 North Helm Avenue<br>Fresno, California 93727 |

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY
*José Pedro Silva Prado*
Avenida Apoquindo 3721, Oficina 181, Las Condes, Santiago
Is this person responsible for costs and expenses?  Yes.

The Central Authority signing this letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the Protocol to the Inter-American Convention on Letters Rogatory:

    Complaint
    Civil Cover Sheet
    Corporate Disclosure Statement
    Summons
    Order Setting Mandatory Scheduling Conference
    Scheduling Conference Worksheet
    Standing Order
    Magistrate Consent Form
    Voluntary Dispute Resolution Form

A. Requests their prompt service on:
    EXPORTADORA ACOGRAPES, LTDA

    Tabolango 1620, Casa 18
    Calle Larga, Los Andes, Chile

    Avenida. José Manso de Velasco, No 28,
    San Felipe, Chile.


The undersigned authority requests that service be carried out in the following manner:
    By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or
    If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

Executed at the United States District Court for the Eastern District of California on this 1st day of March, 2023.

Christopher D. Baker
United States Magistrate Judge

The signature of Christopher D. Baker, United States Magistrate Judge, above is an authentic signature.

Keith Holland
Clerk of Court, U.S. District Court
Eastern District of California

**ANEXO AL
PROTOCOLO ADICIONAL A LA CONVENCION INTERAMERICANA
SOBRE EXHORTOS O CARTAS ROGATORIAS**

**FORMULARIO A**

**EXHORTO
O
CARTA ROGATORIA**

---

1

**ORGANO JURISDICCIONAL REQUIRENTE**

**Honorable Christopher D. Baker**
Jueza de Magistrado de los Estados Unidos
Tribunal de Distrito de los Estados Unidos para el Distrito Este de California.
Tribunal de los Estados Unidos.

**Dirección**: Calle 19th, 510
Bakersfield, CA 93301

---

2

**EXPEDIENTE**

*Fruit Royale, Inc. versus Exportadora Agrocapes Ltda.*
*1:22-cv-01646-JLT-CDB*
*Legajo número:*

---

3

**AUTORIDAD CENTRAL REQUIRENTE**

Oficina de Asistencia Judicial Internacional del Departamento de Justicia de los Estados Unidos

**Dirección**: SA-17, 10ª Planta
Calle C 2201, NW
Washington, DC 20522-1710

---

4

**AUTORIDAD CENTRAL REQUERIDA**

Dirección de Asuntos Internacionales y Derechos Humanos de la Corte Suprema de Justicia de Chile.

**Dirección**: Calle Morandé 345, piso 4°, ciudad de Santiago, Región Metropolitana, Chile.

---

5

**PARTE SOLICITANTE**

**Fruit Royale, Inc.**

**Dirección**: 31110, Schuster Road
Suite C
Delano, CA 93215

---

6

**APODERADO DEL SOLICITANTE**

Nombre: Justin T. Champagne
*Campagne and Campagne*

**Dirección**: Airport Office Center
1685 North Helm Avenue
Fresno, CA 93727

---

**PERSONA DESIGNADA PARA INTERVENIR EN EL DILIGENCIAMIENTO**

**Nombre: JOSÉ PEDRO SILVA PRADO**

¿Esta persona se hará responsable de las costas y gastos?

**Dirección: AVENIDA APOQUINDO 3721,**
Oficina 181, comuna de Las Condes, Santiago, Chile.

SI       **X**

La autoridad que suscribe este exhorto o carta rogatoria tiene el honor de transmitir a usted por triplicado los documentos abajo enumerados, conforme al Protocolo Adicional a la Convención Interamericana sobre Exhortos o Cartas Rogatorias:

1. Demanda
2. Portada de demanda civil
3. Declaración de divulgación corporativa
4. Citación
5. Orden de fijación de conferencia obligatoria de programación
6. Orden de rutina
7. Consentimiento de juez de paz
8. Formulario de resolución voluntaria de disputas.

Se solicita la pronta notificación a:

**EXPORTADORA AGROCAPES LTDA.**

Con los siguientes domicilios:

**Tabolango 1620, casa 18, calle Larga, Los Andes Chile.**

**Avenida. José Manso de Velasco, No 28, San Felipe, Chile.**

La autoridad que suscribe solicita que la notificación se practique en la siguiente forma:

Mediante notificación personal a la persona a quien se dirige, o al representante legal de la persona jurídica; En caso de no encontrarse la persona natural o el representante legal de la persona jurídica que deba ser notificada, se hará la notificación en la forma prevista por la ley del Estado requerido.

Hecho en los Estados Unidos, Tribunal del Distrito Este de California el día 1st de Marzo de 2023.

| | |
|---|---|
| Christopher D. Baker | Keith Holland |
| Jueza de magistrado de los Estados Unidos | Secretario del Tribunal, Tribunal de Distrito de Estados Unidos, Distrito Este de California |

**EXHIBIT B**

**ANNEX TO THE ADDITIONAL PROTOCOL TO THE
INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

**FORM B**

**ESSENTIAL INFORMATION FOR THE ADDRESSEE**[1]

To:
EXPORTADORA ACOGRAPES, LTDA
Tabolango 1620, Casa 18
Calle Larga, Los Andes, Chile

Avenida. José Manso de Velasco, No 28,
San Felipe, Chile.

You are hereby informed that a lawsuit has been filed against Exportadora Acograpes, LTDA ("Acograpes") by Fruit Royale, Inc. ("Fruit Royale"). Fruit Royale seeks to recover total losses it incurred from the marketing of grapes grown by Aocgrapes in the total amount of $843,422.41.

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

**ADDITIONAL INFORMATION**

**FOR SERVICE**

A. The document being served on you concerns the following:

   Fruit Royale and Acograpes entered two (2) agreements through which Fruit Royale would serve as a U.S. marketing agent for certain grapes grown by Acograpes in Chile during spring of 2022. As the marketing agent, Fruit Royale was entitled to deduct a commission and its expenses to import and market the grapes. Due to the poor condition and quality of the grapes, the gross proceeds from the sale of the grapes was significantly less than the expenses Fruit Royale incurred to market the grapes. As a result, Acograpes owes Fruit Royale $843,422.41 for its handling of the grapes. Fruit Royale has attempted to resolve this matter with Acograpes directly, but Acograpes has refused to make any payment or make any reasonable arrangements for payment.

B. The remedies sought or the amount in dispute is as follows:

    Fruit Royale seeks a judgment against Acograpes in the total amount of $843,422.41.

C. By this service, you are requested to respond to the Complaint filed against you within twenty-one (21) days of receipt.

D. *In case of service on you as a defendant you can answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour):

    Within twenty-one (21) days of receipt.

E. If you fail to comply, the consequences might be a judgment against Acograpes .

F. You are hereby informed that a defense counsel appointed by the Court may be available to you at the place where the proceeding is pending.

The documents listed below are being furnished to you so that you may better understand and defend your interests.

### LIST OF ATTACHED DOCUMENTS

    Complaint
    Civil Cover Sheet
    Corporate Disclosure Statement
    Summons
    Order Setting Mandatory Scheduling Conference
    Scheduling Conference Worksheet
    Standing Order
    Magistrate Consent Form
    Voluntary Dispute Resolution Form

Executed at the United States District Court for the Eastern District of California on this <u>1st</u> day of <u>March</u>, 2023

_____
Christopher D. Baker
United States Magistrate Judge

The signature of Christopher D. Baker, United States Magistrate Judge, above is an authentic signature.

_____
Keith Holland
Clerk of Court, U.S. District Court
Eastern District of California

ANEXO AL
PROTOCOLO ADICIONAL A LA CONVENCION INTERAMERICANA
SOBRE EXHORTOS O CARTAS ROGATORIAS
FORMULARIO B
INFORMACION ESENCIAL PARA EL NOTIFICADO

A: **EXPORTADORA ACOGRAPES LIMITADA**

Con los siguientes domicilios:

Tabolango 1620, casa 18, calle Larga, Los Andes Chile.

Avenida. José Manso de Velasco, No 28, San Felipe, Chile.

Por la presente se le comunica que se ha presentado una demanda en contra de Acograpes, LTDA ("Acograpes") por parte de Fruit Royale, Inc. ("Fruit Royale"). Fruit Royale busca recuperar las pérdidas totales que sufrió por la comercialización de uvas cultivadas por Acograpes por un monto total de USD$ 843,422.41.

A este documento se anexa una copia del exhorto que motiva la notificación o entrega de estos documentos. Esta copia contiene también información esencial para usted. Asimismo, se adjuntan copias de la demanda o de la petición con la cual se inició el procedimiento en el que se libró el exhorto o carta rogatoria, de los documentos que se han adjuntado a dicha demanda o petición y de las resoluciones jurisdiccionales que ordenaron el libramiento del exhorto o carta rogatoria.

**INFORMACION ADICIONAL
PARA LA NOTIFICACIÓN**

A. El documento que se le notifica contiene lo siguiente:

Fruit Royale y Acograpes celebraron dos acuerdos mediante los cuales Fruit Royale actuaría como agente de comercialización en Estados Unidos para la venta de determinadas uvas cultivadas por Acograpes en Chile durante la primavera de 2022.

Como agente de comercialización, Fruit Royale tenía derecho a deducir una comisión y sus gastos para importar y comercializar las uvas. Debido al mal estado y calidad de las uvas, los ingresos brutos de la venta de las uvas fueron significativamente inferiores a los gastos en los que incurrió Fruit Royale para comercializar las uvas. En virtud de lo anterior, es que Acograpes debe a Fruit Royale la suma de USD$843.422,41 dólares. Cabe hacer presente que Fruit Royale ha tratado de resolver este asunto con Acograpes directamente, pero Acograpes se ha negado a hacer cualquier pago o arribar a un acuerdo razonable para el pago.

B. Las pretensiones o la cuantía del proceso son las siguientes:
Fruit Royale solicita una sentencia en contra de Acograpes por el monto total **USD** 834.422.41 (dólares de los Estados Unidos de Norteamérica).

C.  Mediante esta notificación se le solicita que responda la demanda interpuesta en contra de Acograpes en un plazo de 21 días contados desde la notificación.

D.  Usted puede contesta la demanda ante el órgano jurisdiccional señalado en el cuadro 1 del formulario A, dentro de 21 días.

E.  Si no contesta, las consecuencias pueden ser una sentencia condenatoria en contra de la demandada.

F.  Por la presente se le informa que un abogado defensor designado por el Tribunal puede estar a su disposición en el lugar en que se sigue el procedimiento.

Los documentos enumerados a continuación se le facilitan para que pueda comprender y defender mejor sus intereses:

1. Demanda
2. Portada de demanda civil
3. Declaración de divulgación corporativa
4. Citación
5. Orden de establecimiento para una conferencia obligatoria de programación
6. Hoja de trabajo para la conferencia de programación
7. Orden permanente o estándar
8. Formulario del juez
9. Formulario de resolución voluntaria de disputas

Hecho en el Tribunal de Distrito de los Estados Unidos para el Distrito Este de California el día 1st de Marzo de 2023.

_____
**Christopher D. Baker**
Jueza de Magistrado de los Estados Unidos

_____
**Keith Holland**
Secretario de Corte, Distrito de Corte de los Estados Unidos
Distrito Este de California