UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRUIT ROYALE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPORTADORA ACOGRAPES, LTDA.<br><br>        Defendant. | Case No. 1:22-cv-01646-JLT-CDB<br><br>ORDER GRANTING RENEWED EX PARTE APPLICATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. 12) |

       On December 29, 2022, Plaintiff Fruit Royale, Inc. ("Plaintiff") filed a complaint against Defendant Exportadora Acograpes, Ltda. ("Defendant"). (Doc. 1). On February 9, 2023, Plaintiff filed a motion to issue a letter rogatory to serve Defendant. (Doc. 4). The Court denied Plaintiff's motion without prejudice to the refiling of a motion with Spanish translations of Forms A and B, required by the *Annex To The Additional Protocol To The Inter-American Convention On Letters Rogatory* and the Complaint. (Doc. 5).

       On March 1, 2023, Plaintiff filed a renewed motion to issue a letter rogatory with the required documents. (Doc. 6). The Court granted Plaintiff's motion on March 3, 2023. (Doc. 7). On March 15, 2023, Plaintiff filed an ex parte application to continue the mandatory scheduling conference and a motion for an extension of time to serve Defendants, pursuant to Fed. R. Civ. P. 4(m). (Docs. 8-9).

Thereafter, the Court granted both requests and continued the scheduling conference to June 21, 2023, at 9:30 A.M.  (Docs. 10-11).

      Pending before the Court is Plaintiff's renewed ex parte application to continue the mandatory scheduling conference.  (Doc. 12).  Accordingly, in light of Plaintiff's representations in the application and for good cause shown therein, it is HEREBY ORDERED:

1. Plaintiff's renewed ex parte application to continue the mandatory scheduling conference (Doc. 12) is GRANTED;
2. The mandatory scheduling conference set on June 21, 2023, at 9:30 AM is continued to September 21, 2023, at 9:30 AM; and
3. The parties shall appear at the conference remotely via Zoom video conference, and counsel may obtain the Zoom ID and password from the Courtroom Deputy prior to the conference.  The parties shall file a joint scheduling conference statement in compliance with the procedures set forth in the Order Setting Mandatory Scheduling Conference (Doc. 3).

IT IS SO ORDERED.

Dated:   **June 5, 2023**

UNITED STATES MAGISTRATE JUDGE

2