UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRUIT ROYALE, INC.,<br><br>         Plaintiff,<br><br>     v.<br><br>EXPORTADORA ACOGRAPES, LTDA.<br><br>         Defendant. | Case No. 1:22-cv-01646-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF BLAKE A. SURBEY TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 17) |

The Court has read and considered the application of Blake A. Surbey, attorney for Plaintiff Fruit Royale, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 17). In light of the application and for good cause appearing, Blake A. Surbey's application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **June 13, 2023**                                   _____
                                                                                  UNITED STATES MAGISTRATE JUDGE