UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRUIT ROYALE, INC., | Case No. 1:22-cv-01646-JLT-CDB |
| Plaintiff, | ORDER ON STIPULATION TO EXTEND ALL DEADLINES THIRTY DAYS *NUNC PRO TUNC* |
| v. | |
| EXPORTADORA ACOGRAPES, LTDA. | (Doc. 27) |
| Defendant. | |

On August 29, 2023, Plaintiff Fruit Royale, Inc. ("Plaintiff") filed a first amended complaint (FAC) against Defendant Exportadora Acograpes, Ltda. ("Defendant"). (Doc. 24). Defendant's responsive pleading was due on September 12, 2023. *See* Fed. R. Civ. P. 15(a)(3).

On September 15, 2023, the Court issued an order noting (1) the parties had not timely filed a joint scheduling report as directed by the Court's order setting mandatory scheduling conference, and (2) Defendant had not timely responded to the FAC. (Docs. 14, 26). Accordingly, the Court continued the scheduling conference to October 31, 2023, and ordered the parties again to comply with the order setting mandatory scheduling conference. (Doc. 26).

Pending before the Court is the parties' stipulation, filed immediately after the Court's order noted above on September 15, 2023, in which the parties seek an order extending the time within which Defendant shall respond to the FAC and continuing the scheduling conference.

1  (Doc. 27). In their stipulation, the parties note they "discussed the possibility of a resolution and
2  agreed to an extension until September 15, 2023," although notice of such agreement was not
3  timely made to the Court. *Id*. at 2.

4  Requests for extensions of time in the Eastern District of California are governed by Local
5  Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or
6  from other counsel or parties in an action as soon as the need for an extension becomes apparent."
7  L.R. 144(d). Here, it should have been apparent to counsel *before* the deadline for Defendant to
8  respond to the FAC that an extension of time was needed, and, hence, under Local Rule 144, the
9  parties were required to file their pending request before September 15, 2023.

10  The Court disfavors granting *nunc pro tunc* relief and directs the parties to exercise better
11  care in anticipating any future requests for extensions of time and filing such requests well before
12  the terminal filing date that the parties seek to extend.

13  Accordingly, IT IS HEREBY ORDERED:

14  1. Defendant shall have until October 16, 2023, to respond to Plaintiff's FAC; and

15  2. The Court's order of September 15, 2023 (Doc. 26) governs the scheduling conference.

16  IT IS SO ORDERED.

17  Dated: **September 19, 2023**
18  UNITED STATES MAGISTRATE JUDGE