UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRUIT ROYALE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPORTADORA ACOGRAPES, LTDA.<br><br>    Defendant. | Case No. 1:22-cv-01646-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING CASE MANAGEMENT DATES<br><br>(Doc. 29) |

On August 29, 2023, Plaintiff Fruit Royale, Inc. ("Plaintiff") filed a first amended complaint (FAC) against Defendant Exportadora Acograpes, Ltda. ("Defendant"). (Doc. 24). Pending before the Court is the parties' stipulation, filed on October 13, 2023, seeking a 45-day extension of case management dates. (Doc. 29).

In light of the parties' representations and good cause appearing, it is HEREBY ORDERED:

1. Defendant shall have until November 27, 2023, to respond to Plaintiff's first amended complaint;
2. The October 31, 2023, scheduling conference shall be continued to December 12, 2023, at 9:30 AM; and

/ / /

3.  The parties shall timely comply with all requirements set forth in the Court's scheduling conference order (Doc. 3) in advance of the reset scheduling conference.

IT IS SO ORDERED.

Dated:   **October 16, 2023**                    _____
UNITED STATES MAGISTRATE JUDGE